Monahan, Appellant, *v.* Reedman.

Argued September 14, 1968. *Joseph Patrick Gorham*, for

appellant; *Robert M. Mountenay,* with him *Smith, Mountenay & Wilson,* for appellee.

Judgment affirmed.

WATKINS and HANNUM, JJ., absent.